UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL GAFT and MARILYN CIBOR,

    Plaintiffs,

                                    CASE NO. 1:09-CV-1047

v.

                                    HON. ROBERT J. JONKER

STONE SCHOOLHOUSE, L.L.C, et al.,

    Defendants.

_____/

## ORDER

    This matter is before the Court on Defendants' Motion to Dismiss and for Summary Judgment (docket # 10). Plaintiffs responded to the motion (docket # 19), Defendants filed a reply brief (docket # 22), and a hearing on the motion took place on April 28, 2010 (*see* docket # 27). Based on the Court's review of the record, and for the reasons stated in detail in the hearing,

    **IT IS ORDERED** that Defendants' motion to dismiss (docket # 10) is **GRANTED**.


                                            /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2010